```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 07-14227-CIV-GRAHAM
                              MAGISTRATE JUDGE P.A. WHITE


ELEUTERIO ORTIZ OLIVIO,      :

     Petitioner,             :
                                      REPORT RECOMMENDING DENIAL OF
v.                           :        CERTIFICATE OF APPEALABILITY
                                           STATE HABEAS CORPUS
JAMES R. MCDONOUGH,          :

     Respondent.             :        (DE#s 18 AND 19)
_____
```

This Cause is before the Court upon the petitioner's notice of appeal, construed as an application for certificate of appealability pursuant to 28 U.S.C. §2253 and Fed.R.App.P. 22(b), both as amended April 24, 1996 (DE# 21 & 23) and motion for extension of time to file a proper request for certificate of appealability. (DE#19). These motions have been referred to the Undersigned for consideration and report on September 3, 2008.

A certificate of appealability shall not issue unless the Court rules that upon one or more specific issues the petitioner has made a substantial showing of the denial of a constitutional right.

To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he seeks to raise. See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

After reevaluation of the claims, if the Court grants such a certificate it must state which specific issue or issues satisfy the requirement that the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. §2253(c)(2) and (3). Review of the file in this case reveals that no such showing has been made. The petitioner is attempting to appeal the denial of his petition for writ of habeas corpus. The Undersigned Magistrate Judge entered a detailed Report, thoroughly reviewing the state court's findings, and finding the claims to be without merit. This Report has been adopted by the Untied States District Judge.

The motion of the petitioner for an extension of time to file a proper certificate of appealability should be denied as moot as the appeal with without merit. (DE# 19).

It is therefore recommended as follows:

1. The motion for certificate of appealability (DE# 18) be denied.

2. The motion for extension of time (DE#19) be denied.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 4<u>th</u> day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Eleuterio Ortiz Olivio, Jr. <u>Pro Se</u>
      DC#K60707
      Hardee Correctional Facility
      Address of Record

      Appeals Section
      United States District Court