UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 07-14227-CIV-GRAHAM/WHITE

ELEUTERIO ORTIZ OLIVO,

    Petitioner,

v.

DEPARTMENT OF CORRECTIONS
STATE OF FLORIDA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Petitioner's filing of a "Notice of Appeal", which this Court treats as a Motion for Certificate of Appealability [D.E. 18], and Motion for Enlargement of Time to File Request for Certificate of Appealability [D.E. 19].

The Motions were referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to this Court's Order [D.E. 22]. The Magistrate Judge issued a Report on the Motions recommending that Petitioner's Motion for Certificate of Appealability [D.E. 18] be denied, and that the Motion for Enlargement of Time to File Request for Certificate of Appealability [D.E. 19] be denied as moot [D.E. 23]. Petitioner did not file objections to the Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge

White's Report [D.E. 23] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. Accordingly, it is

**ORDERED AND ADJUDGED** that Petitioner's Motion for Certificate of Appealability [D.E. 18] is **DENIED**, and the Motion for Enlargement of Time to File Request for Certificate of Appealability [D.E. 19] is **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of October, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Eleuterio Ortiz Olivo, Pro Se
    Counsel of Record